# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **BEELMAN TRUCK CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:18cv122 SNLJ** |
| | ) | |
| **RABEN TIRE CO., LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

Plaintiff filed this lawsuit against an individual and two Limited Liability Companies on June 1, 2018 citing this Court's diversity jurisdiction. The Court ordered plaintiff to file an amended complaint with allegations supporting citizenship of the LLCs. Plaintiff did so and then voluntarily dismissed one of the two LLCs. The remaining LLC moved to dismiss because its citizenship had not been properly pleaded and, in fact, there was no diversity of citizenship between plaintiff and the remaining LLC. Plaintiff then moved to dismiss the remaining LLC, and the motion was granted.

The individual defendant has now answered the complaint, and the case it set for a Rule 16 conference. The issues raised in the motion to dismiss (#13) are now moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss (#13) is DENIED as moot.

Dated this <u>22nd</u> day of August, 2018. _____

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1