UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **BEELMAN TRUCK CO.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00122-SNLJ |
| ) | |
| **RABEN TIRE CO, LLC., et al,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered today, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of defendant Matthew Roper on the claims raised against him in plaintiff Beelman Truck Co.'s First Amended Complaint.

So ordered this 16th day of October 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1